# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Wendy A. Halperin

                        Plaintiff,

v.                                                          Case No.: 1:20–cv–07616

                                                                      Honorable John Z. Lee

Drawn to Discover, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 7, 2022:

      MINUTE entry before the Honorable Maria Valdez: The parties' Motion for Entry of Joint Agreed Scheduling Order Relating to Discovery [60] is granted. Party depositions are to be taken by 3/4/22; Plaintiff's expert reports are due 4/15/22; Defendant's rebuttal expert reports are due 5/13/22; Plaintiff's reply reports, if needed, are due by 6/3/22; and all expert discovery is to be completed by 6/30/22. There will be no further extensions absent extraordinary circumstances. Defendant's Motion to Bar Plaintiff as Witness or to Compel Deposition of Plaintiff [55] is stricken as moot. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.