IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDY ANDERSON HALPERIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DRAWN TO DISCOVER, LLC, an ) <br> Illinois Limited Liability Company, and ) <br> BRIAN T. GOODMAN, ) <br> ) <br> Defendants. ) | Case No. 2020 CV 07616 <br><br> Hon. Harry D. Leinenweber |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNT I

Plaintiff, Wendy Anderson Halperin, by her attorneys, moves this Court, pursuant to Rule 56, Fed.R.Civ.P., for an order granting her Summary Judgment on Count I of her Complaint for the reason that there is no genuine issue of material fact that the Plaintiff owns the copyrights to the video lessons that are the subject of this lawsuit and that Plaintiff is entitled to a judgment as a matter of law. In support of this Motion, Plaintiff submits her Memorandum of Law, Local Rule 56.1(a) Statement of Material Facts and Exhibits.

Respectfully submitted,

/s/_____
Terry Rose Saunders
The Saunders Law Firm
120 North LaSalle Street
Chicago, IL 60602
(312) 444-9656
tsaunders@saunders-lawfirm.com

/s/_____
Patrick D. Lamb
Plunkett Cooney PC
221 North LaSalle Street
Suite 3500
Chicago, Illinois 60601
312-670-6900
plamb@plunkettcooney.com
*Attorneys for Plaintiff*

Dated: June 22, 2023