# PX 21 EXHIBIT

**DEF-G_004075**

| Message | |
|---|---|
| From: | David Barrett [david@drawntodiscover.com] |
| Sent: | 9/22/2019 11:31:08 PM |
| To: | Samir Patel [sam@drawntodiscover.com] |
| CC: | Brian Goodman [brian@drawntodiscover.com]; Amador Valenzuela [amador@blackbook.studio] |
| Subject: | Re: OA Amendment in Question |

I think it tells the story very concisely and expresses a fair perspective. One correction, I joined the company in March 2017 - for what it is worth.

On Sun, Sep 22, 2019 at 3:50 PM Samir Patel <sam@drawntodiscover.com> wrote:
That's good Goody. That will be good to have for legal as well, let's hope we don't have to use it.

I can't think of anything to add first run, but will reread today.



On Sun, Sep 22, 2019 at 11:25 AM Brian Goodman <brian@drawntodiscover.com> wrote:
I revised to hopefully read clearer. Sorry, yesterday was 7 hours of stream of consciousness....


On Sep 21, 2019, at 9:50 PM, Brian Goodman <brian@drawntodiscover.com> wrote:

Hey guys,
I just wanted to share what I sent to our lawyer today. I wanted to be sure he is aware of the entire story and give some examples of how we have developed D2D. Feel free to have a read and let me know if you have any questions or changes to the document.
Thanks
Brian


Begin forwarded message:

**From:** Brian Goodman <brian@drawntodiscover.com>
**Subject: Re: OA Amendment in Question**
**Date:** September 21, 2019 at 7:21:02 PM CDT
**To:** Samir Patel <sam@drawntodiscover.com>
**Cc:** Cole Dunick <coledunnick@gmail.com>

Hey Cole,

I wanted to share some information that may help you and your associate understand the dynamics we now face. Below is an email Wendy sent the team basically whining about a process I implemented when it comes to sending out proposals - by the way, my main role of this LLC is driving revenue, so I should be the one putting these processes in place.

Anyway, here is a note she sent to all of us complaining.

I also included a word document. I wanted to respond to Wendy, but thought it best not too. However, I wrote my response in the attached document. As I wrote it, I decided I should add the overall company timeline and

decision making sequences that took place over the past three years. I think this will give a clear understanding of my perspective of intellectual property, ownership, and company management. And hopefully it well better help you and your associate in understanding why we are where we are with the Licensing agreement Wendy wants and everything else.

One more thing, please note, that NWS already told me they will not invest if we sign a licensing deal and do not own the content. So we are not going to consider the licensing deal.

Sam, I would encourage you to also read the attachment and add/change anything you see as wrong or that I forgot.

Thanks Cole, we truly appreciate your help.
YITB,
Goody

Here is Wendy's email:
Brian wrote:
All proposals and invoices will be sent through me moving forward. Too many details and promises have gotten lost and we have lost approximately $5000 in revenue with grants in MI so far this year because of poor communication

<span style="color:red">Holley and I are doing something wrong?</span>

Communication:

What you, Brian fail to recognize:

I trained the UP for 3 years prior to D2D and the school you are demanding $3,000 from is the school I have given all the drawing Children Into Reading physical files on disks for every teacher. They already have all the hard copies of the lessons . This school was one of the FIRST schools to get D2D and they have never had an actual D2D training - only for the old format training of me teaching teachers how to draw and I worked with K, 1 and 2 there. When we started implementing D2D we gave it to the teachers in case they wanted to transition to it.

### Why we do not want to alienate this district:
1. Christine Grealeau writes Michigan Council for the Arts grants every year and has visions of expanding D2D to many many schools in the UP. Her daughter is the principal of the school above mentioned. (Lori)
2. The connection to Poway is also connected to the UP. The main researcher , Kristine Paulsen and first grant writer for us is Joanne's sister. ( alienation can spread)

I would recommend as a company we reward the first schools to implement the program with gratitude not greed. When they look good we look good and then concentric circle sales may follow.

I have done work in the UP for over 25 years.... and never took any money I ever made there across the bridge (Makinaw) because I felt the UP needed the money so I spent it wherever I could. This is a remote area of the country and if we could take this area under our wing that would make more sense to me.

I have personally donated my time driving there and back (18 hours) each trip, weeks of trainings, expenses, one virtual training and countless hours getting ready and preparing for each trip.

I wish Holley and I could be trusted to do what we think is best for the company also.

I had to write this because it has been bothering me and transparency is in all our best interests. **We as a team** need to address these problems. I beg of everyone to think kindly of our friends in the UP. They have the potential for us to be our first district model if we are supportive, helpful and understanding. We are already building a great reputation and I do not want money to ruin the relationships I have worked very hard over the past 5 or 6 years to build.

They can write grants in the future if they know ahead of time what they are looking at. It is a district of at risk children with spirits of the woods and streams they live in.

WEndy

<D2D timeline.docx>

Brian Goodman
Co-Founder, Drawn to Discover
312-961-7370
brian@drawntodiscover.com
https://drawntodiscover.com

--
**Samir Patel**
Sam@drawntodiscover.com
Drawntodiscover.com



--
David C. Barrett, Ed.D.

Drawn To Discover
drawntodiscover.com

